GEORGE WILLIAMS, WILLIAM BRYANT, CALVIN CLEMMONS, DARYL WILLIAMS, BEAMON BREWTON, CAROLYN KILLINGS, EARLENE SPENCER, THOMAS HARMON, TOMECO WHITE, BEAMON BRUTON, DARYL WILLIAMS, and SHIRLEY GREY,

     Appellants,

v.

LESTER TENSLEY, MARION SPIRES, CURTIS SPEARS, WAYNE HERRING, and ROBERT MALDON, individually and as Trustees for and on behalf of Bethel Star Missionary Baptist Church, an unincorporation association,

     Appellees.
_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1221 and 13-3509 Consolidated

Opinion filed July 31, 2014.

An appeal from the Circuit Court for Jackson County.
John L. Fishel II, Judge.

Marva A. Davis, P.A., Quincy, for Appellants.

Lester Tensley, Marion Spires, Curtis Spears, Wayne Herring, and Robert Maldon, individually and as trustees for and on behalf of Bethel Star Missionary Baptist Church, Appellees, pro se.

PER CURIAM.

     AFFIRMED.

ROWE, MARSTILLER, and RAY, JJ., CONCUR.